# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

LESTER YOUNG,                                                                                          PLAINTIFF
REG. #71080-280

v.                                           2:14CV00102-DPM-JTK

UNITED STATES OF AMERICA                                                                       DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D. P. Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The detail of any testimony desired to be introduced at the hearing before the District

Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

**DISPOSITION**

Plaintiff Young is a federal inmate at the Forrest City Low Federal Correctional Institution, who filed this pro se Federal Tort Claims Act (FTCA) action on August 19, 2014 (Doc. No. 2).

On December 8, 2014, mail sent to Plaintiff at his last-known address was returned to the Court as Undeliverable (Doc. No. 8). Therefore, on December 10, 2014, the Court directed Plaintiff to provide notification of his current address and his intent to continue prosecution with this action within thirty days, and that failure to respond could result in the dismissal of his Complaint (Doc. No. 9). The copy of the Order sent to Plaintiff was returned to the Court as undeliverable on December 23, 2014 (Doc. No. 11), and Plaintiff has not otherwise corresponded with the Court. Accordingly,

IT IS, THEREFORE RECOMMENDED that Plaintiff's Complaint against Defendant be DISMISSED, for failure to prosecute.[1]

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:
> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communi-

IT IS SO RECOMMENDED this 14th day of January, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

cation from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .