IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LESTER YOUNG** **PLAINTIFF**
**REG #71080-280**

v.          No. 2:14-cv-102-DPM-JTK

**UNITED STATES OF AMERICA**          **DEFENDANT**

ORDER

Unopposed recommendation, № 14, adopted. FED. R. CIV. P. 72(b)

(1983 Addition to Advisory Committee Notes).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 February 2015