IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LESTER YOUNG**  **PLAINTIFF**
**REG #71080-280**

v.  No. 2:14-cv-102-DPM

**UNITED STATES OF AMERICA**  **DEFENDANT**

## JUDGMENT

Young's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 February 2015